UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIRST NATIONAL BANK OF NORTHERN CALIFORNIA,

      Plaintiff,

    v.

ST. PAUL MERCURY INSURANCE COMPANY,

      Defendant.

_____/

No. C 11-6631 PJH

**ORDER**

PLEASE TAKE NOTICE that the chambers copy of the Declaration of David M. Meekler, the Declaration of Ryan Ho, the Declaration of Madeline Lindsay, and the Declaration of Jim Black, all in support of plaintiff's motion for partial summary judgment, were submitted in a format that is not usable by the court.

The chambers copies are not usable because they

- ☐   consist(s) of a stack of loose paper wrapped with a rubber band;
- ☐   consist(s) of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐   is/are too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒   have no tabs for the exhibits;
- ☐   include(s) exhibits that are illegible;
- ☐   include(s) exhibits that are unreadable because the print is too small;
- ☐   include(s) text and/or footnotes in a font smaller than 12 point;

1     ☐    include(s) portions or exhibits that are redacted because the submitting party
2            has requested leave to file those portions under seal; or
3     ☐    is/are not usable for another reason –

      The paper used for the above-described chambers copies has been recycled by the court. No later than September 25, 2012, plaintiff shall submit chambers copies in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: September 21, 2012

                                  PHYLLIS J. HAMILTON
                                  United States District Judge