United States District Court
For the Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9  FIRST NATIONAL BANK OF
   NORTHERN CALIFORNIA,
10
              Plaintiff,                     No. C 11-6631 PJH
11
       v.                                    **ORDER**
12
   ST. PAUL MERCURY INSURANCE
13 COMPANY,

14            Defendant.
   _____/
15

16       Plaintiff First National Bank of Northern California filed numerous evidentiary

17 objections to evidence submitted by defendant St. Paul Mercury Insurance Company in

18 support of its motion for summary judgment and in opposition to plaintiff's motion for

19 summary judgment.  To the extent that the court relied on any evidence to which First

20 National objected in the order granting defendant's motion and denying plaintiff's motion,

21 the objections are overruled.

22

23 **IT IS SO ORDERED.**

24 Dated:  February 27, 2013

25                                    _____
                                      PHYLLIS J. HAMILTON
26                                    United States District Judge

27

28